**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSUE ESTRADA CALVILLO, | No. 11-71746 |
| Petitioner, | |
| v. | Agency No. A029-567-302 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 18, 2013**

Before:    TALLMAN, M. SMITH, and HURWITZ, Circuit Judges.

Josue Estrada Calvillo, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen.  Our jurisdiction is governed by 8 U.S.C. § 1252.  We review for abuse of

discretion the BIA's denial of a motion to reopen.  *Najmabadi v. Holder*, 597 F.3d

---

        *    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

        **    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

983, 986 (9th Cir. 2010).  We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review Calvillo's challenges to the original agency proceedings in 1995 because this petition is not timely as to those proceedings. *See Ma v. Ashcroft*, 361 F.3d 553, 557 n.6 (9th Cir. 2004).

The BIA did not abuse its discretion in denying Calvillo's untimely motion to reopen because he did not establish changed circumstances in Guatemala to qualify for the regulatory exception to the time limit.  *See* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987-90.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**